UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO A. CALDERON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:19-cv-00096 MCE KJN<br><br>ORDER |

On March 03, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed March 03, 2020, are ADOPTED;

1

2. The Commissioner's motion for summary judgment (ECF No. 17) is DENIED:

3. Plaintiff's motion for summary judgment (ECF No. 16) is GRANTED;

4. This matter is REMANDED for further administrative proceedings; and

5. The Clerk is directed to enter judgment in plaintiff's favor and close the case.

IT IS SO ORDERED.

DATED: March 24, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE